UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80078-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DEANDRE WATTS JR.**,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOLLOWING CHANGE OF PLEA HEARING [ECF NO.37]

THIS CAUSE came before the Court on Magistrate Judge William Matthewman's Report and Recommendations on Change of Plea, entered on September 16, 2025 [ECF No. 37]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Matthewman's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 37]** is **AFFIRMED AND ADOPTED**, and Defendant, Deandre Watts Jr's change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of October, 2025.

                                                                                 MELISSA DAMIAN
                                                                                 UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge William Matthewman